# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

BRYAN OLMSTEAD
ADC # 144172                                                                                    PLAINTIFF

V.                                        1:09CV00035 BSM

THOMAS OLMSTEAD                                                                              DEFENDANT

## JUDGMENT

    Consistent with the order entered today, it is hereby ordered, adjudged and decrees that this case is dismissed with prejudice. Furthermore, it is hereby certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this judgment and the accompanying order would not be taken in good faith.

    DATED this 22nd day of July, 2009.

                                                                                 _____
                                                                                UNITED STATES DISTRICT JUDGE